**Fill in this information to identify the case:**

Debtor name: Clutch Wholesale Insurance Agency, LLC

United States Bankruptcy Court for the: _____  District of Delaware
(State)

Case number (If known): 20-10654

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1 Creditor's name:** Atalaya Special Opportunities Fund VII LP

**Describe debtor's property that is subject to a lien:** All Assets

Column A: $32,960,123.00    Column B: $0.00

**Creditor's mailing address:**
780 Third Ave., 27th Floor
New York, NY 10017

**Describe the lien:** Credit Agreements

**Creditor's email address, if known:** sarnobat@atalayacap.com

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred:** 03/04/2019
**Last 4 digits of account number:** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.
Atalaya Special Opportunities Fund VII LP - Senior
Greenlight Reinsurance LTD - Subordinated

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2 Creditor's name:** Greenlight Reinsurance Ltd.

**Describe debtor's property that is subject to a lien:** All Assets

Column A: $6,930,000.00    Column B: $0.00

**Creditor's mailing address:**
65 Market St., Jasmine Ct., Camana Bay
P.O. Box 31110 KY1-1205
Grand Cayman, Cayman Islands

**Describe the lien:** Secured Convertible Promissory Note

**Creditor's email address, if known:**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred:** 03/04/2019
**Last 4 digits of account number:** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☒ Yes. The relative priority of creditors is specified on lines 2.1

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $48,885,503.00

Debtor  Clutch Wholesale Insurance Agency, LLC    Case number (*if known*)  20-10654
       Name

# Part 1: Additional Page

Column A **Amount of claim** Do not deduct the value of collateral.

Column B **Value of collateral that supports this claim**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2._**

**Creditor's name**
Greenlight Reinsurance LTD

**Creditor's mailing address**
65 Market St., Suite 1207
Jasmine Court, Camana Bay
Grand Cayman

**Creditor's email address, if known**

**Date debt was incurred** 03/04/2019

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
❏ No
☒ Yes. Have you already specified the relative priority?
   ❏ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____

   ☒ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**
All Assets

**Describe the lien**
Second Lien Credit Agreement

**Is the creditor an insider or related party?**
☒ No
❏ Yes

**Is anyone else liable on this claim?**
❏ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

$ 8,995,380.00    $ 0.00

---

**2._**

**Creditor's name**
_____

**Creditor's mailing address**
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
❏ No
❏ Yes. Have you already specified the relative priority?
   ❏ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____

   ❏ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
_____
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
❏ No
❏ Yes

**Is anyone else liable on this claim?**
❏ No
❏ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

$ _____    $ _____

---

Debtor   Clutch Wholesale Insurance Agency, LLC              Case number (*if known*) 20-10654
         Name

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Midtown Madison Management LLC<br>780 Third Avenue, 27th Floor<br>New York, NY 10017 | Line 2. 1 | __ __ __ __ |
| DLA Piper LLP (US)<br>1251 Avenue of Americas<br>New York, NY 10020 | Line 2. 1 | __ __ __ __ |
| Greenlight Reinsurance Ltd.<br>P.O. Box 31110, KY1-1205<br>Grand Cayman, Cayman Islands | Line 2. 2 and 2.3 | __ __ __ __ |

Form 206D     Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**     page 1 of 1